UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| XIOMARA RODRIGUEZ, | ) | CASE NO. CV 08-00706 ABC (SS) |
| | ) | |
| Petitioner, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL MUKASEY, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: December 1, 2008

_____
AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE